PD-0942&0943-15

NO. _____

| | | |
|---|---|---|
| DAVID BLAINE McKINLEY | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1. The style and number of this case in the Court of Appeals, is: *David Blaine McKinley v. The State of Texas*, Appeal No. 10-14-00202-CR and 10-14-00203-CR.

2. The style and number of the case in the trial court is: *The State of Texas v. David Blaine McKinley*; Cause No. 37611-CR and 37612-CR from the 40th Judicial District Court of Ellis County, Texas.

3. The Appellant was convicted of the felony offense of Continuous Sexual Abuse of a Child, a First Degree Felony and Indecency with a child.

4. Judgment was entered on April 11, 2014 and punishment was assessed at 25 years confinement in the Texas Department of Criminal Justice—Institutional Division.

5. The conviction was affirmed in the Court of Appeals on July 2, 2015.

PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 1

6.   The deadline for filing the Appellant's Petition for Discretionary Review in this cause is August 1, 2015.

7.   An extension of time for a period of sixty (60) days is requested that would make the due date August 31, 2015.

8.   No prior request for an extension of time has been made.

9.   The facts relied upon to show good cause for the requested extension is, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. The Appellant/Pertioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to _August 31_, 2015.

**Respectfully submitted,**

David Blaine McKinley
TDCJ # 01926785
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 2**

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the District Attorney, Appellate Division, Ellis County Courthouse, 109 S. Jackson Street, Waxahachie, Texas 75165, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the 17 day of July , 2015.

David Blaine McKinley
**David Blaine McKinley**